**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 18−29620−JNP
    Chapter: 13
    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Andrew T. Ward
    620 Princeton Blvd.
    Wenonah, NJ 08090

Social Security No.:
    xxx−xx−6228

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/29/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 29, 2019
JAN: kvr

    Jeanne Naughton
    Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 18-29620-JNP
Andrew T. Ward                                                        Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Apr 29, 2019
                               Form ID: 148                 Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db             +Andrew T. Ward,    620 Princeton Blvd.,    Wenonah, NJ 08090-1434
517790791      +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
517790801      +Caliber Home Loans, Inc.,    Fein Such Kathn & Shepard, PC,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4673
517790795      +Client Services Inc.,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
517790796      +Cooper University Health Care,    PO Box 2090,    Morrisville, NC 27560-2090
517917312       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517790799      +Earthlink,    PO Box 7645,    Atlanta, GA 30357-0645
517790800       Emerg Care Services of NJ, PA,    Akron Billing Center,    3585 Ridge Park Drive,
                 Akron, OH 44333-8203
517790803       HRRG Collections,    PO Box 8486,    Coral Springs, FL 33075-8486
517846018      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517790804      +Inspira Health Network,    Patient Business Services,    333 Irving Avenue,
                 Bridgeton, NJ 08302-2123
517790806      +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517790807      +National Enterprise Systems,    2479 Edison Blvd., Unit A,    Twinsburg, OH 44087-2476
517790808       PNC Bank, N.A.,    PO Box 5570,    Cleveland, OH 44101-0570
517916982      +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
517790811      +United Collection Bureau Inc.,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501
517865972      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517790790       EDI: AFNIRECOVERY.COM Apr 30 2019 03:48:00      AFNI, Inc.,    PO Box 3517,
                 Bloomington, IL 61702-3517
517905542      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 30 2019 00:28:38      Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City   OK 73134-2500
517790792       EDI: CHASE.COM Apr 30 2019 03:48:00      Chase Cardmember Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
517790793      +EDI: CITICORP.COM Apr 30 2019 03:48:00      CitiBank, NA,    PO Box 6004,
                 Sioux Falls, SD 57117-6004
517918442      +EDI: CITICORP.COM Apr 30 2019 03:48:00      CitiBank, NA,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517790794      +E-mail/Text: bankruptcy@philapark.org Apr 30 2019 00:28:26     City of Philadelphia,
                 Parking Violations Branch,    PO BOx 41818,    Philadelphia, PA 19101-1818
517801952       EDI: DISCOVER.COM Apr 30 2019 03:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517790797      +EDI: DISCOVER.COM Apr 30 2019 03:48:00      Discover Card,    Attn: Bankruptcy Dept.,
                 PO Box 3025,    New Albany, OH 43054-3025
517790798      +EDI: ESSL.COM Apr 30 2019 03:48:00      Dish Network, LLC,    PO BOx 9033,
                 Littleton, CO 80160-9033
517790802      +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 30 2019 00:28:16      Harley-Davidson Credit Corp.,
                 PO Box 21850,    Carson City, NV 89721-1850
517790805      +EDI: TSYS2.COM Apr 30 2019 03:48:00      Macy’s,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
517790809       EDI: PRA.COM Apr 30 2019 03:48:00      Portfolio Recovery Associates, LLC,    120 Corporate Blvd,
                 Norfolk, VA 23502
517916548       EDI: PRA.COM Apr 30 2019 03:48:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517916622       EDI: PRA.COM Apr 30 2019 03:48:00      Portfolio Recovery Associates, LLC,    c/o Lowe’s,
                 POB 41067,    Norfolk VA 23541
517794198      +EDI: RMSC.COM Apr 30 2019 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517790810       EDI: RMSC.COM Apr 30 2019 03:48:00      Synchrony Bank/Lowe’s,    PO Box 965060,
                 Orlando, FL 32896-5060
517790812       E-mail/Text: vci.bkcy@vwcredit.com Apr 30 2019 00:27:48     Volkswagen Credit,    PO Box 3,
                 Hillsboro, OR 97123
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin                 Page 2 of 2                  Date Rcvd: Apr 29, 2019
                              Form ID: 148                Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
           rsolarz@kmllawgroup.com
          Richard S. Hoffman, Jr.    on behalf of Debtor Andrew T. Ward rshoffman@hoffmandimuzio.com,
           lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```